Jecoina Vinson
Eastern Correctional Facility
P.O. Box 338
Napanoch, N.Y. 12458-0338

RECEIVED IN CHAMBERS
MAY 07 2008
MARK D. FOX
USMJ SDNY

MARK D. FOX
United States Magistrate Judge
Southern District of New York

**MEMO ENDORSED**   5-6-08

Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 434
White Plains, New York, 10601

RE: Vinson v. Brown
07 CIV. 2972

Your Honor:

On April 12, 2008, I received a certification denying leave to appeal (cpl 460.20), following defendant's application for a writ of error coram nobis entered December 26, 2007. I respectfully ask Your Honor for an extention in order to complete Memorandum of Law, which pro se defendant will submit upon its completion.

Respectfully,
Jecoina Vinson

[Endorsement, left margin:] 90 day extension of time is granted. So ordered. 5/7/08 [signed] Mark D. Fox