**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

**JANET DiFIORE**
DISTRICT ATTORNEY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

# MEMO ENDORSED

September 5, 2008

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

                    RE: Vinson  v  Brown
                    Case No. 07-cv-02972  (KMK)

Your Honor:

By a *pro se* petition dated March 15, 2007, Jecoina
Vinson sought a writ of *habeas corpus*. Respondent filed
opposition papers on August 24, 2007. Petitioner then, by
letter dated Sept 3, 2007, sought to amend his petition by
adding a claim. By order filed September 7, 2007, United
States Magistrate Judge Mark D. Fox accepted petitioner's
amended petition and stayed it until his leave to appeal
his New York Criminal Procedure Law § 440.10 motion and his
application for a writ of error coram nobis were decided in
state court. Respondent was granted sixty days after
petitioner's *coram nobis* application was decided to file an
answer to petitioner's amended *habeas* petition.

Petitioner's New York Criminal Procedure Law §
440.10 leave application was denied by order dated January
30, 2008. His *coram nobis* application was denied by order
dated December 26, 2007. Petitioner's application to
appeal that order to the New York State Court of Appeals
was denied on April 10, 2008.

Unfortunately petitioner's amended *habeas* petition and
Magistrate Fox's order were placed in our file without them
being brought to my attention. I became aware of them

after I received petitioner's memorandum of law, dated July
27, 2008, in support of his amended *habeas* petition.
Respondent respectfully requests until October 30, 2008 to
respond to petitioner's amended petition.

                          Very Truly Yours,

                          JANET DiFIORE
                          District Attorney of
                          Westchester County


                          Maria I. Wager
                          Assistant District Attorney
                          Appeals Bureau


cc:   Jecoina Vinson
      ID# 99-A-4341
      Woodbourne Correctional Facility
      99 Prison Road
      P.O. Box 1000
      Woodbourne, NY 12788-1000


                    Granted.

                    So Ordered.


                            9/9/08